UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WINDWARD BORA LLC,

                                   *Plaintiff,*          NOTICE OF MOTION
                                                                   TO ADMIT COUNSEL
vs.                                                                  PRO HAC VICE

GULSHAN ANWAR, LOVELY YEASMIN AND
NEW YORK CITY ENVIRONMENTAL CONTROL      Civil Action No.: 1:19-cv-04383
BOARD,

                                   *Defendant(s).*
-------------------------------------------------------------------X

TO:    The Margolin & Weinreb Law Group, LLP
         165 Eileen Way, Suite 101
         Syosset, NY 11233

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules Of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member in good standing of the bar(s) of the State(s) of New York, as attorney pro hac vice to argue to try this case in whole or in part as counsel for Defendant Gulshan Anwar.

There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: August 21, 2019

                                                                               Respectfully submitted,

                                                                               _____
                                                                               Jonathan Koren, Esq.
                                                                               1605 Voorhies Avenue, 3rd Fl
                                                                               Brooklyn, NY 11235
                                                                               Jonathankorenesq@aol.com
                                                                               Tel.: 718-819-1674